**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-24003-DPG**

ASHLEY FRABOTTA,

    Plaintiff,
vs.

NCL (BAHAMAS) LTD.
d/b/a NORWEGIAN CRUISE LINE,

    Defendant
_____/

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, ASHLEY FRABOTTA, an individual, by and through the undersigned counsel, pursuant to Rule 7.1 Federal Rules of Civil Procedure, hereby submits her Certificate of Interested Parties and Corporate Disclosure Statements, as ordered.

### I. Certificate of Interested Parties

1. ASHLEY FRABOTTA, *Plaintiff*

2. ALEJANDRO J. GONZALEZ, ESQ., *Attorney for Plaintiff*

3. *GONZALEZ, P.A., Attorneys for Plaintiff*

4. NCL (Bahamas) d/b/a NORWEGIAN CRUISE LINE, *Defendant*

5. TODD L. SUSSMAN, ESQ., Attorney for Defendant

### II. Corporate Disclosure Statement

Plaintiff, ASHLEY FRABOTTA, certifies that she is an individual, not a corporate party.

Dated: November 21, 2025

                                         Respectfully submitted,

                                         */s/Alejandro J. Gonzalez*
                                         Alejandro J. Gonzalez, Esq.
                                         Florida Bar No. 015293
                                         Email: alex@agonzalezlaw.com
                                                     info@agonzalezlaw.com
                                         **GONZALEZ, P.A.**
                                         19 S. Krome Avenue
                                         Homestead, FL 33030
                                         Tel: (786) 429-1511
                                         Fax: (305)230-3298

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day of November, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document was served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated be CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                                         By:     */s/Alejandro J. Gonzalez*
                                                         Alejandro J. Gonzalez, Esq.

## SERVICE LIST
Case No.: **1:25-cv-24003-DPG**

| | |
|---|---|
| Alejandro J. Gonzalez<br>Florida Bar No.: 015293<br>alex@agonzalezlaw.com<br>GONZALEZ, P.A.<br>19 S. Krome Avenue<br>Homestead, FL 33030<br>Phone: 786-429-1211<br>Fax: (305) 230-3298<br>*Attorneys for Plaintiff* | Todd L. Sussman, Esq.<br>Florida Bar No.: 0084729<br>Norwegian Cruise Line<br>7665 Corporate Center Drive,<br>Miami, FL 33126<br>Email: tsussman@ncl.com<br>Tel: (305) 436-4653<br>Fax: (305) 468-2132<br>*Attorney for Defendant* |